UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BERN UNLIMITED, INC.,

        Plaintiff,

v.

THE BURTON CORPORATION,

        Defendant.

Civil Action No. _____

## COMPLAINT

Plaintiff Bern Unlimited, Inc. for its complaint against defendant Burton Corporation, states as follows:

## PARTIES

1. Plaintiff Bern Unlimited, Inc. ("Bern") is a Massachusetts corporation with its principal place of business in Kingston, Massachusetts.

2. Upon information and belief, defendant The Burton Corporation ("Burton") is a Vermont corporation with its principal place of business in Burlington, Vermont.

## JURISDICTION AND VENUE

3. This court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§1331 and 1338(a).

4. Venue is proper in this court pursuant to 28 U.S.C. §§1391(b) and 1400(b).

## FACTS

5. Bern is the owner by assignment of United States Design Patent No. D572,865, issued on July 8, 2008 (the "'865 Patent"), which is directed to an ornamental design for a helmet. A copy of the '865 Patent is attached as Exhibit A.

6. Bern makes and sells a line of helmets for biking, skating and snow sports that incorporate the design of the '865 Patent. Copies of pages from Bern's website, which show examples of these helmets, are attached as Exhibit B.

7. Burton has made, used, offered for sale and/or sold a helmet known as the Red Mutiny, and is continuing to do so. A copy of a page from Burton's website, which shows a photograph of the Red Mutiny, is attached as Exhibit C.

8. By making, using, offering for sale and/or selling the Red Mutiny, Burton has infringed, and is continuing to infringe, the '865 Patent.

9. Upon information and belief, Burton's infringement is willful.

## COUNT I
(Infringement of '865 Patent – 35 U.S.C. §281)

10. Bern repeats and realleges paragraphs 1 through 9 as if fully set forth herein.

11. Burton has infringed, and is continuing to infringe, the '865 Patent.

## PRAYER FOR RELIEF

WHEREFORE, plaintiff Bern Unlimited, Inc. requests judgment as follows:

1. Enjoining Burton from further infringement of the '865 Patent;

2. Awarding Bern damages in an amount to be proven at trial;

3. Awarding Bern multiple damages, costs and attorneys' fees pursuant to 35 U.S.C. §285; and

4. Granting such other and further relief as this Court deems just and proper.

## **JURY DEMAND**

Plaintiff Bern Unlimited, Inc. demands a trial by jury of all issues so triable.

Dated: December 20, 2011               Respectfully submitted,

                                       BERN UNLIMITED, INC.,

                                       By its attorneys,

                                       /s/ David S. Godkin
                                       David S. Godkin (BBO#196530)
                                       Anne Marie Longobucco (BBO#649299)
                                       Birnbaum & Godkin, LLP
                                       280 Summer Street
                                       Boston, MA  02210
                                       617-307-6100
                                       godkin@birnbaumgodkin.com
                                       longobucco@birnbaumgodkin.com