**EXHIBIT A**



US00D572865S

| (12) **United States Design Patent**<br>Baker | (10) Patent No.: **US D572,865 S**<br>(45) Date of Patent: ** **Jul. 8, 2008** |
|---|---|

(54) **HELMET**

(76) Inventor: **Jonathan Baker**, 13 Sugar Run, Thornton, NH (US) 03223

(**) Term: **14 Years**

(21) Appl. No.: **29/271,476**

(22) Filed: **Jan. 19, 2007**

(51) LOC (8) Cl. .................................................. 29-02
(52) U.S. Cl. .................................................. D29/102
(58) Field of Classification Search ........ D29/102–111, D29/122; 2/410–414, 416–425, 5, 6.6–6.8, 2/9

See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| D300,275 S | * | 3/1989 | Sjogren et al. | ............. D29/104 |
| D449,135 S | * | 10/2001 | Martin et al. | ............. D29/102 |
| D452,942 S | * | 1/2002 | Ho | ............. D29/102 |
| D455,522 S | * | 4/2002 | Royes et al. | ............. D29/102 |
| D481,494 S | * | 10/2003 | Ho | ............. D29/104 |
| D535,059 S | * | 1/2007 | Lam | ............. D29/102 |
| D559,468 S | * | 1/2008 | Broeckl | ............. D29/105 |

* cited by examiner

*Primary Examiner*—Ruth McInroy
(74) *Attorney, Agent, or Firm*—Law Offices of J.D. Geraigery, P.C.; Janine D. Geraigery

(57) **CLAIM**

The ornamental design for a helmet, as shown and described.

**DESCRIPTION**

FIG. **1** is a perspective view of the helmet;

FIG. **2** is a perspective view thereof;

FIG. **3** is a front view thereof;

FIG. **4** is a back view thereof;

FIG. **5** is a right side view, the left side view being a mirror image;

FIG. **6** is a top view thereof; and,

FIG. **7** is a bottom view.

**1 Claim, 3 Drawing Sheets**

  



FIG. 1



FIG. 2



FIG. 3

FIG. 4

FIG. 5



FIG. 7



FIG. 6