EXHIBIT B

 SKATE  BIKE  SNOW      PADS AUDIO SOFTGOODS UPGRADES     TEAM COMPANY NEWS BUY
H2O



## BAKER
> CHECK IT OUT




LATEST NEWS: Bern is looking for 5 interns. There are 122 colleges in the small Bay State and no internship like this. Do you want to do everything from packing boxes, to...

> READ MORE


  

BERN BOOMBOX

Bern specializes in action sport head protection, pads and apparel for the skateboard, ski, snowboard, bike, kayak and wakeboard community. Our Hard Hats and helmets feature the All Season comfort liner system with removable and interchangeable warm and cold weather liners. Bern offers audio accessories, pads, T-shirts, hats and hoodies. Check out the Carbon Fiber, Watts, Baker, Macon, G2, Brentwood, Niño, Muse, Brighton, Berkeley, Cougar and Niña.

Website by Saint Pierre



SKATE   BIKE   SNOW       PADS AUDIO SOFTGOODS UPGRADES        TEAM  COMPANY  NEWS  BUY

H2O



# WATTS
> CHECK IT OUT

LATEST NEWS: Bern is looking for 5 interns.  There are 122 colleges in the small Bay State and no internship like this.  Do you want to do everything from packing boxes, to...

> READ MORE







**BERN BOOMBOX**




Bern specializes in action sport head protection, pads and apparel for the skateboard, ski, snowboard, bike, kayak and wakeboard community.  Our Hard Hats and helmets feature the All Season comfort liner system with removable and interchangeable warm and cold weather liners. Bern offers audio accessories, pads, T-shirts, hats and hoodies.  Check out the Carbon Fiber, Watts, Baker, Macon, G2, Brentwood, Niño, Muse, Brighton, Berkeley, Cougar and Niña.

Website by Saint Pierre