**EXHIBIT C**

Case 1:11-cv-12278-DJC   Document 1-3   Filed 12/20/11   Page 1 of 2

SELECT GENDER     MEN'S GEAR     RED     MEN'S RED HELMETS                    OVERVIEW   FEATURES   TECHNOLOGY   REVIEWS   RELATED

RED

2 Day Shipping for the Price of Ground

# Mutiny Helmet

$89.95

★★★★★  Read 2 reviews or Write your own

     

Color: Grayical

SIZE          QTY: 1          SIZE CHART

  



## Description

RED's lowest profile lid has a brim that flawlessly fits goggles, plus hidden vents that keep your dome cool and your goggles clear.


UNLOCK YOUR RIDING →

## A2: Anon Alignment



a2 = A special collection of team endorsed RED and anon product combinations that have been paired together for optimal style, fit and airflow ventilation.

VIEW THE A2 COLLECTION


Mutiny Helmet
Color: Streetwise

+


Hawkeye Goggle
Color: Streetwise