UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BERN UNLIMITED, INC.,<br><br>        Plaintiff,<br><br>v.<br><br>THE BURTON CORPORATION,<br><br>        Defendant. | Civil Action No. _____ |

## PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3, plaintiff Bern Unlimited, Inc. states that it has no parent corporation and that no publicly held company owns 10% or more of its stock.

Dated: December 20, 2011

Respectfully submitted,

BERN UNLIMITED, INC.,

By its attorneys,

/s/ David S. Godkin
David S. Godkin (BBO#196530)
Anne Marie Longobucco (BBO#649299)
Birnbaum & Godkin, LLP
280 Summer Street
Boston, MA  02210
617-307-6100
godkin@birnbaumgodkin.com
longobucco@birnbaumgodkin.com