UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BERN UNLIMITED, INC.,<br><br>               Plaintiff,<br><br>v.<br><br>EASTON-BELL SPORTS, INC., THE BURTON CORPORATION, SMITH SPORT OPTICS, INC., d/b/a SMITH OPTICS, INC., AMER SPORTS WINTER & OUTDOOR CO., VANS, INC., DYE PRECISION, INC., and K-2 CORPORATION,<br><br>               Defendants. | Civil Action No. 11-12278-FDS |

**PLAINTIFF BERN UNLIMITED, INC.'S MOTION TO STRIKE OR DISMISS DEFENDANTS' COUNTERCLAIMS, OR IN THE ALTERNATIVE, TO SEVER**

Plaintiff Bern Unlimited, Inc. ("Bern"), by its attorneys, respectfully moves this Court pursuant to Fed. R. Civ. P. 12(b)(1) and (6), 15(a), and 21 to strike or dismiss the Counterclaims of Defendants Easton-Bell Sports, Inc., The Burton Corporation, Smith Sport Optics, Inc., Amer Sports Winter & Outdoor Co., Vans, Inc., and K-2 Corporation (collectively, "Defendants"), or in the alternative, to sever Defendants' counterclaims.  In support of this motion, Bern submits the accompanying Memorandum of Law and Declaration of Andrew A. Caffrey, III.

WHEREFORE, for the reasons set forth in Bern's accompanying Memorandum of Law, this Court should enter an Order:

     (1)    striking Defendants' counterclaims for failure to obtain leave of Court before filing;

     (2)    dismissing Defendants' counterclaims for lack of subject matter jurisdiction and/or for failure to state a claim;

(3)  in the alternative, severing Defendants' counterclaims; and

(4)  granting all further relief the Court deems just and proper.

Dated: April 14, 2014

Respectfully submitted,

BERN UNLIMITED, INC.,

By its attorneys,

/s/ Andrew A. Caffrey, III
David S. Godkin (BBO# 196530)
Andrew A. Caffrey, III (BBO# 660481)
Birnbaum & Godkin, LLP
280 Summer Street
Boston, MA  02210
617-307-6100
godkin@birnbaumgodkin.com
caffrey@birnbaumgodkin.com

## CERTIFICATE OF CONSULTATION

I, Andrew A. Caffrey, III, hereby certify that counsel for Bern corresponded with counsel for Defendants by email on April 10, 12, and 14, 2014 in an attempt to resolve the issue presented by this motion, but were unable to do so.

/s/ Andrew A. Caffrey, III
Andrew A. Caffrey, III

## CERTIFICATE OF SERVICE

I, Andrew A. Caffrey, III, hereby certify that the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on the above date.

/s/ Andrew A. Caffrey, III
Andrew A. Caffrey, III