UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BERN UNLIMITED, INC.,<br><br>Plaintiff,<br><br>v.<br><br>EASTON-BELL SPORTS, INC., THE BURTON CORPORATION, SMITH SPORT OPTICS, INC., d/b/a SMITH OPTICS, INC., AMER SPORTS WINTER & OUTDOOR CO., and VANS, INC.,<br><br>Defendants. | Civil Action No. 11-12278-FDS |

## [PROPOSED] SETTLEMENT ORDER OF DISMISSAL

The Court having been advised that Defendant Dye Precision, Inc. ("Dye Precision") and Plaintiff Bern Unlimited, Inc. ("Bern") have reached a settlement agreement:

It is hereby ORDERED that the Bern's claims against Dye Precision are hereby dismissed without costs and with prejudice.

Dated: April 28, 2014

By the Court,

/s/ _____
Hon. F. Dennis Saylor, IV